**91–1472.** Freeman v. Overberg. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, HOLMES, DOUGLAS and RESNICK, JJ., concur.

MOYER, C.J., WRIGHT and H. BROWN, JJ., would remand to custody.